**FILED**
VANESSA L. ARMSTRONG, CLERK

APR 19 2011

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 3:11mJ-123 |
| James "Billy" William NOTT ) | |
| Date of Birth: 1983 ) | |
| Social Security Number: XXX-XX-0590 ) | |
| ) | |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __04/14/2011__ in the county of __Mead__ in the __Western__ District of __Kentucky__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 26 U.S.C. § 5861 (d) | Possession of a destructive device which is not registered in the National Firearms Registration and Transfer Record. |

This criminal complaint is based on these facts:

*See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

ATF Special Agent Kristian P. Olsen
Printed name and title

Sworn to before me and signed in my presence.

Date: __04/19/2011__

_____
Judge's signature

City and state: __Louisville, Kentucky__

Dave Whalin U S Magistrate Judge
Printed name and title

# AFFIDAVIT

1. I Kristian Olsen, am Special Agent with the Bureau of Alcohol, Tobacco, and Firearms (ATF). I have been employed with ATF since February 2008. My duties as a Special Agent include the investigation of criminal violations of federal explosives laws. I have been involved in numerous investigations related to persons illegally possessing destructive devices.

2. As set forth in detail below, there is probable cause to believe that James William NOTT, on or about April 14, 2011, in violation of 26 U.S.C. § 5861 (d), possessed a destructive device as defined in 18 USC 921 (a)(4)(C) which is not registered in the National Firearms Registration and Transfer Record. This Affidavit is based on my own knowledge, as well as conversations with other law enforcement officials and my review of the physical evidence described below:

3. During the course of this investigation, this Affiant was contacted by the Kentucky State Police concerning a search warrant that had been conducted on the residence of James W. NOTT located at 4175 Flaherty Road in Vine Grove, KY. In affecting this warrant investigators discovered a mass of various hand grenade bodies, fuse assemblies, propellants, and other unassembled destructive device components. The combination of these components were intended to be converted into destructive devices and from which, destructive devices may be readily assembled.

4. In an interview of James W. NOTT, he stated that the components were all his and that he had built multiple destructive devices with them in the past. Further, NOTT stated that he intended to manufacture multiple destructive devices from the components discovered within his residence.

5. In a query of the National Firearms Registration and Transfer Record, it was determined that James William NOTT does not have any devices registered.

6. Based on the information provided above, Affiant believes that James William NOTT, possessed a destructive device as defined in 18 USC 921 (a)(4)(C) which is not registered in the National Firearms Registration and Transfer Record.

Based on the information provided, it is requested that an Arrest Warrant be issued for James William NOTT.

_____
Special Agent Kristian Olsen

Subscribed to and sworn to before me this Nineteenth day of April, 2011.

_____
Honorable Dave Whalin United States Magistrate Judge